# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590| Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Érina Fitzgerald, Esq.**
*Associate Attorney*
(914) 345-3020
ef@kkmllp.com

September 26, 2019

**<u>Via Electronic Filing</u>**
United States Bankruptcy Court, Southern District of New York
Chambers of Hon. Cecelia G. Morris
355 Main Street
Poughkeepsie, New York 12601

      **Re:**    **Judith A. Alterio**
                **Chapter 7, Case No. 19-36305-CGM**

Dear Judge Morris,

Please be advised that this firm represents Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter, the "Secured Creditor").

This letter is sent with regard to the Motion for Relief from Automatic Stay filed on behalf of the Secured Creditor which seeks relief to complete a holdover proceeding as to real property located at 33 Cumberland Road, Fishkill, New York 12524. (See ECF Docket Number 12.) A hearing on the Motion for Relief is scheduled for October 22, 2019 at 11:00a.m.

Upon review of the docket, I note that the Court has scheduled a hearing on Dismissal for Failure to Pay Installments for October 22, 2019 at 9:00a.m. Thus, I write to request that, should the Debtor fail to appear at said dismissal hearing or otherwise oppose dismissal of the instant case, this Court delay in entering a dismissal order until after the hearing on the Motion for Relief.

Thank you in advance for your courtesy, and please feel free to contact this office should any further information be deemed necessary.

                                            Respectfully,

                                            /s/ Érina Fitzgerald
                                            ÉRINA FITZGERALD